IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**BOBBY L. MAGWOOD,**

    **Plaintiff,**

v.                                                        Case No. 4:16cv270-MW/CAS

**FLORIDA COURTS, et al.,**

    **Defendants.**

_____/

ORDER ACCEPTING AND ADOPTING
AMENDED REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Amended Report and Recommendation. ECF No. 7. Upon consideration, no objections[1] having been filed by the parties,

IT IS ORDERED:

The amended report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The motion to proceed in forma pauperis, ECF No. 2, is **DENIED** pursuant to 28 U.S.C. § 1915(g) and

---

[1] But, Plaintiff did file two motions for reconsideration, ECF Nos. 5 & 8, one of which was granted, ECF No. 6, and the other denied. ECF No. 9.

1

this case is **DISMISSED without prejudice**.  The Clerk shall note on the docket that this case is dismissed pursuant to 28 U.S.C. § 1915(g)."    The Clerk shall close the file.

**SO ORDERED on July 14, 2016.**

<u>**s/Mark E. Walker**</u>    ____
**United States District Judge**